# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 17, 2011**

| | | |
|---|---|---|
| 30225 | Deutsche Bank Nat. Trust Co. v. Peelua | Vacated and Remanded |

**May 18, 2011**

| | | |
|---|---|---|
| 30622 | State v. Sauceda | Affirmed |

**May 23, 2011**

| | | |
|---|---|---|
| 30434 | State v. Johnson | Vacated and Remanded |

**May 25, 2011**

| | | |
|---|---|---|
| 30582 | State v. Chong | Affirmed |
| 29921 | State v. Filoteo | Affirmed |
| 30500 | State v. Pecpec | Affirmed |
| 30646 | State v. Wan Ho So | Affirmed |

**May 26, 2011**

| | | |
|---|---|---|
| 30586 | JM, In re | Affirmed |
| 30448 | State v. Dalisay | Affirmed |
| 29654 | State v. Galon | Affirmed |
| 29560 | State v. Virtucio | Affirmed |

**May 27, 2011**

| | | |
|---|---|---|
| 30716 | KK, In re | Affirmed |
| 29953, 29954 | State v. Schaefer | Affirmed |

**June 2, 2011**

| | | |
|---|---|---|
| 30392 | State v. Ayers | Affirmed |

**June 6, 2011**

| | | |
|---|---|---|
| 30438 | State v. Yamamoto | Affirmed |

**June 7, 2011**